**36**

---

Mohinder Pal SINGH;
et al., Petitioners,

v.

**John ASHCROFT, Attorney
General, Respondent.**

No. 03–70973.
Agency Nos. A77–818–637, A77–818–638.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 13, 2004.*

Decided Sept. 17, 2004.

Anthony Nwosu, Oakland, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Mark A. Walters, James R. Grimes, Esq., Washington, DC, for Respondent.

Before PREGERSON, T.G. NELSON and GRABER, Circuit Judges.

MEMORANDUM **

Mohinder Pal Singh and his wife Gunjan Aulakh, natives and citizens of India, petition for review of the decision of the Board of Immigration Appeals ("BIA") summarily affirming an immigration judge's ("IJ") order denying Singh's application for asylum and withholding of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for substantial evidence, *Malhi*

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

---

*v. INS*, 336 F.3d 989, 992 (9th Cir.2003), and grant the petition for review.

The IJ questioned Singh's testimony, but did not make an explicit adverse credibility finding. An IJ's implicit credibility observations made in passing do not constitute an adverse credibility finding. *See Manimbao v. Ashcroft*, 329 F.3d 655, 659–60 (9th Cir.2003).

Based on the foregoing, we remand to the BIA so that it may make a specific finding regarding Singh's credibility. *See Hartooni v. INS*, 21 F.3d 336, 343 (9th Cir.1994).

PETITION FOR REVIEW GRANTED; REMANDED.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

